# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1121
LT Case No. 2009-CF-002359

_____

CALVA HASKELL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Lake County.
G. Richard Singeltary, Judge.

Calva Haskell, Bushnell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

September 5, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., MAKAR, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____